IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-15-14-H-BMM |
| Plaintiff, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| JAMES ANTHONY ANDREW WESTERMAN, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 21, 2024. (Doc. 88.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 20, 2024. (Doc.84.) The United States accused James Westerman (Westerman) of violating

his conditions of supervised release 1) by failing to report to his probation officer as directed on two separate occasions; 2) by failing to follow the instructions of his probation officer on three separate occasions; 3) by failing to report for sex offender treatment; and 4) by committing another crime. (Doc. 83.)

At the revocation hearing, Westerman admitted to having violated the conditions of his supervised release by failing to report to his probation officer as directed.  The Court dismissed alleged violations 2, 3, 4, 5, 6 and 7 on the Government's motion.  (Doc. 84.)  Judge Johnston found that the violation Westerman admitted is serious and warrants revocation of his supervised release and  recommends a sentence until 12:00 p.m. (noon) on March 1, 2024, with 30 months of supervised release to follow. (Doc. 88.)  Westerman was advised of his right to appeal and allocute before the undersigned and waived those rights. (Doc. 89.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 88) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant James Anthony Andrew Westerman be sentenced to the Bureau of Prison until 12:00 p.m. (noon) on March 1, 2024 with 30 months of supervised release to follow.

DATED this 27th day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court